UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number 1:17-CV-21555-JEM

ANDRES GOMEZ ,

    Plaintiff,

v.

THE TIRE RACK, INC.,
d/b/a www.tirerack.com ,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Andres Gomez, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement in principal and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days of this Notice), the parties will file a Joint Stipulation For Dismissal with this Court.

Respectfully submitted on this 7th day of June, 2017.

    *s/ Scott R. Dinin*
    Scott R. Dinin
    SCOTT R. DININ P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333
    Facsimile: (786) 513-7700
    Email: inbox@dininlaw.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing electronically to the following:

Carlos F. Concepción (FBN 0386730)
Adrian Nuñez (FBN 048176)
JONES DAY
600 Brickell Avenue
Brickell World Plaza, Suite 3300
Miami, Florida 33131
Telephone: 1.305.714.9700
Facsimile: 1.305.714.9799
E-mail: cconcepcion@jonesday.com
anunez@jonesday.com

Robert A. Naeve, Esq.
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612
Office 949.851.3939
Direct 1.949.553.7507
Fax 1.949.553.7539
Email: rnaeve@jonesday.com

*Attorneys for Defendant*