UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ANDRES GOMEZ,                         )
                                      )
       Plaintiffs,                   )
                                      )
v.                                    )     CASE NO. 1:17-cv-21555-JEM
                                      )
THE TIRE RACK, INC. D/B/A             )
WWW.TIRERACK.COM,                     )
                                      )
       Defendant.                    )

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Andres Gomez and Defendant The Tire Rack, Inc. hereby stipulate to dismissal of this action with prejudice.

Respectfully submitted,

Dated: July 19, 2017.

_____
Carlos F. Concepción
Florida Bar No. 0386730
JONES DAY
600 Brickell Avenue
Brickell World Plaza
Suite 3300
Miami, FL 33131
Telephone:    +1.305.714.9700
Facsimile:    +1.305.714.9799
E-mail:cconcepcion@jonesday.com
*Attorneys for Defendant*

Dated: July 17, 2017.

_____
Scott R. Dinin, Esq.
Scott R. Dinin, P.A.
4200 NM 7th Avenue
Miami, Florida 33127
Tel: (786) 431-1333
inbox@dininlaw.com
*Attorney for Plaintiff*