UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 17-21555-CIV-MARTINEZ-OTAZO-REYES

ANDRES GOMEZ,
    Plaintiff,
vs.

THE TIRE RACK, INC. d/b/a
www.tirerack.com,
    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' joint Stipulated Dismissal with Prejudice [D.E. No. 15]. It is:

**ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of July, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record